# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| JAMIE MCKINNEY ELLETT,    ) | |
|     **Plaintiff,**    ) | |
| ) | |
| **v.**    ) | Case No. 3:23-cv-00137-MPM-JMV |
| ) | |
| KILOLO KIJAKAZI,    ) | |
| **Acting Commissioner of Social Security,**   ) | |
| ) | |
|     **Defendant.**    ) | |

## ORDER GRANTING MOTION TO REMAND

Having considered the Defendant's Unopposed Motion for Remand [15], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED, this the 21st day of September, 2023.

                                                                  /s/ Jane M. Virden
                                                   **UNITED STATES MAGISTRATE JUDGE**