IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **JAMIE MCKINNEY ELLETT,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:23-cv-00137-MPM-JMV** |
| ) | |
| **KILOLO KIJAKAZI,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
|     **Defendant.** ) | |

## JUDGMENT

For the reasons given in this Court's Order [18] entered on September 19, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **reversed and remanded**.

SO ORDERED, this the 21st day of September, 2023.

                                                /s/ Jane M. Virden
                                                **UNITED STATES MAGISTRATE JUDGE**